## JAMES GRIFFITH

### *v.*

## HUGH SUTHERLAND.

The verdict in this case being clearly right, upon the evidence, the court refused to disturb it.

APPEAL from the Circuit Court of Sangamon county; the Hon. BENJAMIN S. EDWARDS, Judge, presiding.

This was an action of trespass, brought to recover damages for injury committed by the defendant's cattle, upon the premises of the plaintiff. The verdict and judgment were for the plaintiff, and the defendant appealed.

Messrs. CULLOM, ZANE & MARCY, for the appellant.

Messrs. OROOK & STUVE, for the appellee.

Per CURIAM: In this case, the plaintiff in error has filed neither abstract nor brief. We have examined the assignment of errors and the record, and find the verdict clearly right upon the evidence.

*Judgment affirmed.*